UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

HAZEL KEATON )
         Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:19-CV-215-FL
ANDREW SAUL, Commissioner of )
Social Security, )
         Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's consent motion for attorney fees and defendant's stipulation for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 2, 2020, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $4,800.00.

**This Judgment Filed and Entered on September 2, 2020, and Copies To:**
Derrick Kyle Arrowood   (via CM/ECF Notice of Electronic Filing
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

September 2, 2020         PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk